YULA P. ST. GEORGE, as Administratrix of the Estate of FRANK ST. GEORGE, Deceased, Appellant, *v.* STATE OF NEW YORK, Respondent. (Claim No. 30281.)

Submitted May 24, 1954; decided June 3, 1954.

*Nathaniel L. Goldstein, Attorney-General (Henry S. Manley* of counsel), for motion.

*Harry Ander* opposed.

Motion denied and case set down for argument during the October, 1954, session of the Court of Appeals.